### RALPH LASSELL *v.* O. A. BURTON.

Judgment in favor of the plaintiff reversed *pro forma*, it appearing that an affirmance of the judgment might embarrass the plaintiff in pursuing another remedy against the defendant.

In this case it being suggested, and appearing to the court, that the affirmance of the judgment might embarrass the plaintiff in pursuing a just claim, which he had against the defendant, in a different form of action, the court reversed the judgment *pro forma*, under a rule that the costs should be taxed the same as if the judgment had been affirmed.    Applications of this kind have not usually been listened to by this court, except for the reason above stated.

### ALBA BLOWERS *v.* JOHN HYDE.

If a petition for leave to enter an appeal from the probate court, or for a new trial, be continued, it is customary to allow a rule for taking and filing testimony in vacation.

This was a petition for leave to enter an appeal from the probate court.

The cause was continued, under a rule that the testimony shall be taken, upon notice to the opposite party, and filed with the clerk before the first day of June next.    It has been very customary in this court, where petitions for new trials have been continued, to allow similar rules, in regard to taking testimony in the vacation, if desired.